ORIGINAL

FILED

03/23/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 21-0108

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 21-0108

_____

DARRIN LELAND REBER,

Petitioner,

v.

PETER BLUDWORTH, Warden,
Crossroads Correctional Center,

Respondent.

_____

FILED

MAR 2 3 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Darrin Leland Reber has three convictions for criminal possession of dangerous drugs from the Missoula County District Court.  He is serving concurrent sentences of twenty years with fifteen suspended along with an unsuspended, five-year commitment to the Department of Corrections.  Representing himself, Reber has filed a Petition for a Writ of Habeas Corpus, proclaiming his innocence.  In his Petition, Reber raises many issues, outlining twenty-one claims, including that the District Court lacked jurisdiction.

The Petition is typewritten, single-spaced, and sixteen pages in length. As a preliminary matter, Reber's Petition exceeds limitations on length of petitions that may be filed with this Court.  His Petition is clearly in excess of twelve pages or 4,000 words.  M. R. App. P. 14(9)(b).  We require all litigants to comply with Court Rules.  We dismiss his Petition on this basis alone.  Therefore,

IT IS ORDERED that Reber's Petition for a Writ of Habeas Corpus is DISMISSED, without prejudice.

The Clerk of the Supreme Court is directed to close this case as of this Order's date.

The Clerk also is directed to provide a copy of this Order to counsel of record and to Darrin Leland Reber along with a copy of M. R. App. P. 14.

DATED this 23rd day of March, 2021.

_____
Chief Justice

_____

_____

_____

_____
Justices

2